JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 693 -- In re Spendthrift Farm, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/10 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 thru A-3) Filed by Defts. Leslie Combs II and Brownell Combs II -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 86/06/20 | | HEARING ORDER -- Setting motion of defendants Leslie Combs, II and Brownell Combs, II, for transfer of A-1 thru A-3. July 24, 1986 -- Buffalo, New York -- Notified involved counsel and judges. (Tmq) 7/24/86, Buffalo, New York. |
| 86/06/20 | | APPEARANCES: PAUL A. RENNE, ESQ. for Leslie Combs, II and Brownell Combs, II; M. LAURENCE POPFSKY, ESQ. for Charles R. Hembree and Kincaid, Wilson, Schaeffer & Hembree, P.S.C. VAUGHN R. WALKER, ESQ. for George E. Layman, et al.; TIMOTHY S. BLACK, ESQ. for MDM Investments, Inc.; MERL O. BARNS, ESQ. for Robert D. Stratmore; JAMES E. BURNS, JR., ESQ. for Bateman Eichler and Hill Richards, Inc. (rh) |
| 86/06/20 | | APPEARANCE: LOUIS F. GILLIGAN, ESQ. for NCNB National Bank of North Carolina (rh) |
| 86/06/23 | | APPEARANCE: BYRON VICKERY, ESQ. for Curtis C. Green (rh) WILLIAM H. BLESSING, ESQ. for Spendthrift Farm, Inc. |
| 86/06/23 | 2 | REQUEST FOR EXTENSION OF TIME -- (to file Response) pltf. MDM Investments, Inc. -- GRANTED TO JULY 3, 1986 (rh) |
| 86/06/24 | 3 | REQUEST FOR EXTENSION OF TIME--(to file Response) Deft. NCNB National Bank of North Carolina -- GRANTED TO ALL PARTIES TO JULY 3, 1986 (rh) |
| 86/06/25 | 4 | RESPONSE -- (to Pldg. #1) George E. Layman, et al. -- w/cert. of svc. (rh) |
| 86/06/25 | 5 | NOTICE OF TAG ALONG ACTION -- Filed by Leslie Combs II and Brownell Combs II -- Hamilton Partners, et al. v. Leslie Combs II, et al., S.D. Ohio, C.A. No. C-1-86-0527 -- w/cert. of svc. (rh) |
| 86/06/27 | | APPEARANCE: JAMES E. BURNS, JR., ESQ. for Robert J. McGuinness (rh) |
| 86/06/30 | 6 | RESPONSE/JOINDER (to Pldg. #1) -- Defts. Bateman Eichler, Hill Richards, Inc. and Robert McGuinness -- w/cert. of service (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 693 -- In re Spendthrift Farm, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/06/30 |  | APPEARANCE: JEROME I. BRAUN, ESQ. for Central Bank and Trust of Lexington, Kentucky (rh) |
| 86/07/02 | 7 | RESPONSE/JOINDER -- Central Bank & Trust Co.-- w/Exhibit A & certificate of service. (paa) |
| 86/07/02 | 8 | RESPONSE MDM Investments -- w/certificate of service. (paa) |
| 86/07/03 | 9 | NOTICE OF RELATED ACTION -- Plaintiff Layman (Zenya Yoshida, etc. v. Brownell Combs, II, et al., N.D. Calif., C.A. No. C86-3673) w/cert. of svc. |
| 86/07/03 | 10 | RESPONSE -- NORTH CAROLINA NATIONAL BANK -- with certificate of service. (paa) |
| 86/07/07 | 11 | RESPONSE/JOINDER (re pldg. #1) -- deft. Spendthrift Farms, Inc. -- w/cert. of service (cds) |
| 86/07/14 | 12 | RESPONSE/JOINDER -- (to pldg.#1) defts. Charles R. Hembree and Kincaid, Wilson, Schaeffer & Hembree -- w/cert. of service. (tmq) |
| 86/07/22 |  | HEARING APPEARANCES: PAUL A. RENNE, ESQ. for Leslie Combs, II, et al., ANN G. DANIELS, ESQ. for Central Bank & Trust Co. of Lexington, TIMOTHY S. BLACK, ESQ. for MDM Investment, Inc., LOUIS F. GILLIGAN, ESQ. for NCNB National Bank of North Carolina (hearing for July 24, 1986) (rh) |
| 86/07/22 |  | WAIVER OF ORAL ARGUMENT -- (heaing for July 24, 1986) CHARLES R. HEMBEREE AND Kincaid, Wilson, Schaeffer & Hembree (rh) George E. Layman, et al. |
| 86/07/23 | 13 | NOTICE OF RELATED ACTION -- Plaintiffs John F. McGonigle, et al. v. Brownell Combs II, et al., N.D. California. (paa) |
| 86/08/06 |  | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Hon. Charles A. Legge of N.D. California for pretrial proceedings (rh) |
| 86/08/06 |  | TRANSFER ORDER -- transferring A-3 to the N.D. California pursuant to 28 U.S.C. §1407 -- Notified invovled counsel, misc. recipients, judges and clerks (rh) |

JPML FORM 1A

p. 3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 693 -- In re Spendthrift Farm, Inc. Securities Litigation

| Date | | Pleading Description |
|---|---|---|
| 86/08/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- A-5 Hamilton Partners, et al. v. Leslie Combs II, et al., S.D. Ohio, C.A. No. C-1-86-0527 -- Notified involved counsel and judges (rh) |
| 86/08/25 | | APPEARANCES: Byron Vickery for CURTIS GREEN, BUD C. EWART. (tmq) |
| 86/08/26 | 14 | LETTER (S.D.OHIO CLERKS OFFICE) W/COPY OF DISMISSAL ORDER DATED AUGUST 5, 1986 -- regarding A-3 MDM Investments, Inc. (cds) |
| 86/08/26 | | ORDER WITHDRAWING TRANSFER ORDER -- Notified involved judges, clerks and counsel (cds) |
| 86/08/26 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- (A-5) Hamilton Partners, et al. v. Leslie Combs, II, et al., S.D.Ohio, C.A. No. C-1-86-0527 -- Notified involved involved judges, clerks and counsel (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 693 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Spendthrift Farm, Inc. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 24, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | August 6, 1986 | TO | unpublished | N.D. California | Hon. Charles A. Legge | |

### Special Transferee Information

DATE CLOSED: 8/26/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 693 -- In re Spendthrift Farm, Inc. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George E. Layman, et al. v. Brownell Combs II, et al. | Cal.,N. Legge | C-86-1692 | | | | |
| A-2 | Robert D. Stratmore v. Leslie Combs II, et al. | Cal.,N. Legge | C-86-0379-CAL | | | | TRANSFER ORD |
| A-3 | MDM Investments, Inc. v. Leslie Combs II, et al. | Ohio,S. Weber | C-1-86-0343 | 8-6-86 | | | WITH 5/2 |
| XYZ-4 | H. James Griggs v. Brownell Combs II, et al. | Cal.,N. Legge | C86-3474-CAL | | | | |
| A-5 | Hamilton Partners, et al. v. Leslie Combs, II, et al. 8-11-86 | Ohio,S. Weber | C-1-86-0527 | VACATED 8/26/86 | | | |
| XYZ-6 | Zenya Yoshida, etc. v. Brownell Combs II, et al. | N.D.Cal. Legge | C86-3673-CAL | | | | |
| XYZ-7 | John F. McGonigle, et al. v. Leslie Combs, II, et al. | N.D.Cal Legge | C86-4129-CAL | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 693 -- In re Spendthrift Farm, Inc. Securities Litigation

---

GEORGE E. LAYMAN, ET AL. (A-1)
Vaughn R. Walker, Esq.
Pillsbury, Madison & Sutro
225 Bush Street
P.O. Box 7880
San Francisco, California  94120

ROBERT D. STRATMORE (A-2)
Merl O. Barns, Esq.
Alioto & Alioto
650 California Street
23rd Floor
San Francisco, California  94108

MDM INVESTMENTS, INC. (A-3)
Timothy S. Black, Esq.
Graydon, Head & Ritchey
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, Ohio  45201

LESLIE COMBS II
BROWNELL COMBS II
Paul A. Renne, Esq.
Cooley, Godward, Castro, Huddleson
  & Tatum
One Maritime Plaza
Suite 2000
San Francisco, Calfiornia  94111

CHARLES R. HEMBREE
KINCAID, WILSON, SCHAEFFER & HEMBREE, P.S.C.
M. Laurence Popofsky, Esq.
Heller, Ehrman, White & McAuliffe
333 Bush Street
San Francisco, California  94104

ROBERT J. MCGUINNESS
BATEMAN EICHLER
HILL RICHARDS, INC.
James E. Burns, Jr., Esq.
Brobeck, Phleger & Harrison
One Market Plaza
Spear Street Tower
San Francisco, California  94105

NCNB NATIONAL BANK OF NORTH CAROLINA
Louis F. Gilligan, Esq.
Keating, Muething & Klekamp
Provident Tower, 18th Floor
One East Fourth Street
Cincinnati, Ohio  45202

FRANK L. BRYANT (NO APP. REC'D)
Thomas K. Bourke, Esq.
Riordan & McKinzie
300 South Grand Avenue, 29th Floor
Los Angeles, California  90071

RICHARD F. BROADBENT III (NO APP. REC'D)
BLOODSTOCK RESARCH & STATISTICAL BUREAU
BLOODSTOCK RESARCH INFORMATION SERVICES
Michael E. Maundrell, Esq.
Rendigs, Fry, Kiely & Dennis
900 Central Trust Tower
Cincinnati, Ohio  45202

CENTRAL BANK & TRUST CO. OF LEXINGTON, KENTUCKY
Jerome I. Braun, Esq.
Farella, Braun & Martel
235 Montgomery Street, 30th Floor
San Francisco, Calfiornia  94104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 693 --

SPENDTHRIFT FARM, INC.
William H. Blessing, Esq.
Blessing, Hollingsworth &
   Sunderland
125 East Court Street
Cincinnati, Ohio  45202

CURTIS GREEN
BUD C. EWART
 Byron Vickery, Esquire
 580 S. High St., Ste. 330
 Columbus, Ohio  43215


ADDRESS UNKNOWN FOR THE FOLLOWING:

DAVID VILLIERS CHAPMAN

MR. GARTH GUY

HAMILTON PARTNERS, ET AL.  (A-5)
 Timothy L. Bouscaren, Esquire
 1900 Carew Tower
 Cincinnati, Ohio  45202

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 693 -- In re Spendthrift Farm, Inc. Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Brownell Combs II | A-1, A-2, A-3; A-5; |
| Leslie Combs II | A-1, A-2, A-3; A-5; |
| Garth Guy | A-1, A-2, A-3 - A-5; |
| David Villiers Chapman | A-1, |
| Curtis Green | A-1, - A-5; |
| Bud Ewart | A-1, |
| Charles R. Hembree | A-1, |
| Kincaid, Wilson, Schaeffer & Hembree, P.S.C | A-1 |
| | |
| Frank L. Bryant | A-1, |
| Robert J. McGuinness | A-1 |

p. 2

| | |
|---|---|
| Bateman Eichler | A-1; A-5; |
| Hill Richards, Inc. | A-1, A-3 - A-5; |
| Richard F. Broadbent III | A-1, A-3; A-5; |
| Bloodstock Research & Statistical Bureau | A-1, A-5; |
| Spendthrift Farm, Inc. | A-2, A-3; A-5; |
| Central Bank and Trust Co. of Lexington, Kentucky | A-2 |
| Bloodstock Research Information Services | A-3 |
| NCNB National Bank of North Carolina | A-3 |
| | |
| | |