JUDICIAL PANEL ON MULTIDISTRICT LITIGATION FILED

AUG -6 1986

CLERK OF THE PANEL

DOCKET NO. 693

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SPENDTHRIFT FARM, INC., SECURITIES LITIGATION

TRANSFER ORDER

This litigation presently consists of three actions pending in two districts as follows: two actions in the Northern District of California and one action in the Southern District of Ohio. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Leslie Combs, II, and his son, Brownell Combs, II (both named as defendants in all actions), seeking transfer of the Ohio action to the Northern District of California for coordinated or consolidated pretrial proceedings with the actions pending there.[1/]

On the basis of the papers filed and the hearing held, the Panel finds that these three actions involve common questions of fact and that centralization under 28 U.S.C. §1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions contain allegations of violations of federal securities and racketeering laws in connection with the sale of stock in Spendthrift Farm, Inc., during a 1983 private placement. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

While either of the two districts in which constituent actions are pending might serve as an appropriate transferee forum, on balance we are persuaded that the Northern District of California forum is preferable. We note that i) the first-filed action was brought there; ii) two of the three actions are already pending there; and iii)

---

1/ Various parties have notified the Panel of the pendency of related actions that were not included on the schedule of actions accompanying the Section 1407 motion in this docket and were brought to the Panel's attention too late to be included in the hearing held on July 24, 1986. In accordance with Rules 9 and 10, R.P.J.P.M.L., 89 F.R.D. 273, 278-80 (1981), these actions will be treated as potential tag-along actions.

witnesses and records of a stock brokerage firm named as a defendant in the Ohio action and in one of the California actions will be found in California.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Southern District of Ohio be, and the same hereby is, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Charles A. Legge for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-693 -- In re Spendthrift Farm, Inc., Securities Litigation

Southern Distrtict of Ohio

MDM Investments, Inc. v. Leslie Combs, II, et al., C.A. No. C-1-86-0343

Northern District of California

George E. Layman, et al. v. Brownell Combs, II, et al., C.A. No. C86-1692-CAL

Robert D. Stratmore v. Leslie Combs, II, et al., C.A. No. C-86-0379-CAL