JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 26 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 693

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SPENDTHRIFT FARM, INC., SECURITIES LITIGATION

ORDER WITHDRAWING TRANSFER ORDER

On August 6, 1986, the Panel entered an order transferring one action from the Southern District of Ohio listed on the attached Schedule A to the Northern District of California for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407 with the two actions pending there and also listed on Schedule A. On August 5, 1986, however, the Ohio court dismissed the Ohio action with prejudice, pursuant to a stipulation among the parties. Thus at the time of the entry of the Panel's order, the Section 1407 jurisdictional prerequisite that civil actions be pending in different districts was not satisfied with respect to the actions subject to the motion then before the Panel.

IT IS THEREFORE ORDERED that the Panel's August 6, 1986, order of transfer entered in this docket be, and the same hereby is, WITHDRAWN.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-693 -- In re Spendthrift Farm, Inc., Securities Litigation

### Southern Distrtict of Ohio

MDM Investments, Inc. v. Leslie Combs, II, et al., C.A. No. C-1-86-0343

### Northern District of California

George E. Layman, et al. v. Brownell Combs, II, et al., C.A. No. C86-1692-CAL

Robert D. Stratmore v. Leslie Combs, II, et al., C.A. No. C-86-0379-CAL